IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiffs,<br><br>vs.<br><br>LORENZO ANDERSEN,<br><br>   Defendants. | **4:20CR3120**<br><br>**ORDER** |

     Defendant has moved for release to drug treatment, (Filing No. 148). The defendant is now 28 years old with a criminal history which dates back to age 14. That criminal history reflects, numerous convictions for assault, failures to appear at court hearings, noncompliance with bond conditions, resistance to lawful orders of officers, and revocations of post-sentence supervision.  In other words, for half of his life, this defendant has engaged in conduct which caused harm or, at the very least, posed a risk of harm to others. And for nearly a decade, he has failed to comply with court orders directing him to comply with terms of supervision imposed by a court, including orders to appear at court hearings. Moreover, based on the allegations in the indictment, this defendant's unlawful conduct began shortly after he spent 300 days in jail for failing to comply with conditions of post-sentence supervision.

     Under these facts, the court finds Defendant's release would pose a risk of harm to the public and a risk of nonappearance. Placement in a drug treatment program—where no one can force Andersen to comply or even to stay—will not sufficiently those risks.

     Accordingly,

IT IS ORDERED that defendant Andersen's motion for release, (Filing No. 148), is denied.

Dated this 19th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge